IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, BUSINESS ROUNDTABLE, AMERICAN INVESTMENT COUNCIL, and LONGVIEW CHAMBER OF COMMERCE,<br><br>        *Plaintiffs*,<br>v.<br><br>FEDERAL TRADE COMMISSION and LINA KHAN, in her official capacity,<br><br>        *Defendants*. | Case No. 6:25-cv-00009-JDK |

**PLAINTIFFS' NOTICE OF AFFIDAVITS OF DELIVERY**

Pursuant to FRCP 4(i)(1)(B), Plaintiffs Chamber of Commerce of the United States of America, Business Roundtable, American Investment Council, and Longview Chamber of Commerce hereby notify the Court of additional service upon Defendants Federal Trade Commission and Lina Khan by delivering copies of the appropriate summons and complaint via Certified Mail, Return Receipt Requested to the Office of the Attorney General. Affidavits of Delivery regarding said service are attached to this notice.

Dated:  January 27, 2025

Jordan L. Von Bokern*
Tyler S. Badgley*
Audrey Beck*
U.S. CHAMBER LITIGATION
CENTER

 /s/ *Michael E. Jones*
Michael E. Jones
(Texas Bar No.: 10929400)
Shaun W. Hassett
(Texas Bar No.: 24074372)
POTTER MINTON, PC

| | |
|---|---|
| 1615 H Street NW<br>Washington, DC  20062<br>Tel:  (202) 463-5337<br>jvonbokern@uschamber.com<br>tbadgley@uschamber.com<br>abeck@uschamber.com<br><br><br>* *Pro hac vice pending* | 102 North College<br>Suite 900<br>Tyler, TX  75702<br>Tel: (903) 597-8311<br>mikejones@potterminton.com<br>shaunhassett@potterminton.com<br><br>Jeffrey B. Wall<br>Judson O. Littleton<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, N.W.<br>Washington, DC  20006-5215<br>Tel:  (202) 956-7000<br>wallj@sullcrom.com<br>littletonj@sullcrom.com<br><br>Maxwell F. Gottschall<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004<br>Tel:  (212) 558-4000<br>gottschallm@sullcrom.com<br><br>*Counsel for Plaintiffs Chamber of Commerce of the United States of America, Business Roundtable, American Investment Council, and Longview Chamber of Commerce* |