UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, BUSINESS ROUNDTABLE, AMERICAN INVESTMENT COUNCIL, and LONGVIEW CHAMBER OF COMMERCE,<br><br>V.<br><br>FEDERAL TRADE COMMISSION AND LINA KHAN, in her official capacity | Civil Action No. 6:25-cv-0009 |

# AFFIDAVIT OF DELIVERY
# BY
# MICHAEL J. COLLINS

BEFORE ME, the undersigned Notary Public, on this day personally appeared MICHAEL J. COLLINS, who, being duly sworn on oath deposed and said:

1. "My name is MICHAEL J. COLLINS. I am over the age of 18 years and am fully competent to testify to the matters stated in this affidavit. I have personal knowledge of the facts and statements contained in this affidavit and each of them is true and correct.

2. I am personally disinterested in the cause described above, and I am not related by blood or marriage to any of the parties to this suit.

3. I am a Private Process Server, approved by The Judicial Branch Certification Commission (JBCC) of Texas, Approval No. PSC-359, Expires 7/31/2024; I have been serving legal papers since 1991. I am also a licensed Texas Private Investigator, License Number A08864 and Owner of Collins Investigations since 1998.

4. I received the Summons and Complaints in this case on Monday, January 12, 2025 at 1:11 PM.

5. I delivered true copies of the Summons and Complaint with exhibits to FEDERAL TRADE COMMISSION by the following:

> **January 24, 2025**, mailed a copy to FEDERAL TRADE COMMISSION, c/o Office of the Attorney General, U.S. Department of Justice 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001, by Certified Mail, Return Receipt Requested; Certified Number 9414 7266 9904 2223 5531 60.

1

"Further, affiant saith not."

_____
MICHAEL J. COLLINS,
Process Server# PSC-359, Expires 7/31/2026

SUBSCRIBED AND SWORN TO BEFORE ME on the 27 day of January, 2025 to certify which witness my hand and official seal.

_____
NOTARY PUBLIC in and for the
State of Texas

MARCUS COLLINS
My Notary ID # 125744355
Expires June 29, 2026

2