IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, et al., <br><br> Defendants. | § § § § § § § § § § § § § § § Case No. 6:25-cv-9-JDK |

**ORDER**

Before the Court is Defendants' motion to dismiss Plaintiffs' original complaint pursuant to Rule 12(b). Docket No. 23. Plaintiffs have since timely filed an amended complaint. Docket No. 27; *see also* Docket No. 26.

Accordingly, because of Plaintiffs' amended complaint, Defendants' motion to dismiss the original complaint (Docket No. 23) is **DENIED** as moot. *See, e.g.*, *Boelens v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985) ("[A]n amended complaint ordinarily supersedes the original and renders it of no legal effect, unless the amended complaint specifically refers to or adopts the earlier pleading.").

So **ORDERED** and **SIGNED** this **9th** day of **May, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE