# Exhibit E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, BUSINESS ROUNDTABLE, AMERICAN INVESTMENT COUNCIL, and LONGVIEW CHAMBER OF COMMERCE,<br><br>        *Plaintiffs*,<br><br>v.<br><br>FEDERAL TRADE COMMISSION and ANDREW N. FERGUSON, in his official capacity,<br><br>        *Defendants*. | Case No. 6:25-cv-00009-JDK |

## DECLARATION OF JUDSON O. LITTLETON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to 28 U.S.C. § 1746, I, Judson O. Littleton, hereby declare as follows:

1. I am a partner at Sullivan & Cromwell LLP and counsel for Plaintiffs in the above-captioned action. I respectfully submit this declaration in support of Plaintiffs' Motion for Summary Judgment.

2. Attached to this Declaration as Exhibits 1 through 20 are true and correct copies of the following documents (excerpted where indicated):

| | |
|---|---|
| Exhibit 1 | Final Rule, *Premerger Notification; Reporting and Waiting Period Requirements*, 89 Fed. Reg. 89,216 (Nov. 12, 2024). |
| Exhibit 2 | Notice of Proposed Rulemaking, *Premerger Notification; Reporting and Waiting Period Requirements*, 88 Fed. Reg. 42,178 (June 29, 2023). |
| Exhibit 3 | Comment American Bar Association on Notice of Proposed Rulemaking (Sept. 13, 2023) (excerpts). |
| Exhibit 4 | Comment of Business Roundtable on Notice of Proposed Rulemaking (Sept. 27, 2023). |
| Exhibit 5 | Comment of U.S. Chamber of Commerce on Notice of Proposed Rulemaking (Sept. 27, 2023). |
| Exhibit 6 | S.P. Kothari, The US Antitrust Agencies' NPRM re Additional Information Requirements for HSR Filings (Sept. 26, 2023) (submitted with U.S. Chamber of Commerce Comment). |
| Exhibit 7 | U.S. Chamber HSR/Merger Guides Practitioner Survey (Sept. 19, 2023) (submitted with U.S. Chamber of Commerce Comment). |
| Exhibit 8 | Comment of Dechert LLP on Notice of Proposed Rulemaking (Sept. 25, 2023) (excerpts). |
| Exhibit 9 | Comment of Foley Lardner LLP on Notice of Proposed Rulemaking (Sept. 21, 2023) (excerpts). |
| Exhibit 10 | Comment of In-House Competition Lawyers Association on Notice of Proposed Rulemaking (Sept. 27, 2023) (excerpts). |
| Exhibit 11 | Comment of National Association of Manufacturers on Notice of Proposed Rulemaking (Sept. 27, 2023) (excerpts). |
| Exhibit 12 | Comment of National Retail Federation on Notice of Proposed Rulemaking (Sept. 27, 2023) (excerpts). |
| Exhibit 13 | Comment of National Venture Capital Association on Notice of Proposed Rulemaking (Sept. 27, 2023). |

| | |
|---|---|
| Exhibit 14 | Comment of Wachtell, Lipton, Rosen, & Katz on Notice of Proposed Rulemaking (Sept. 26, 2023) (excerpts). |
| Exhibit 15 | Antitrust Modernization Commission, Report and Recommendations (Apr. 2007) (excerpts). |
| Exhibit 16 | Federal Trade Commission, HSR Report, Annual Report to Congress for Fiscal Year 1977. |
| Exhibit 17 | Federal Trade Commission and Department of Justice, HSR Report, Annual Report to Congress for Fiscal Year 2001 (excerpts). |
| Exhibit 18 | Federal Trade Commission and Department of Justice, HSR Report, Annual Report to Congress for Fiscal Year 2021 (excerpts). |
| Exhibit 19 | Federal Trade Commission, What is the Premerger Notification Program? An Overview (Mar. 2009). |
| Exhibit 20 | Federal Trade Commission, Guidance for Voluntary Submission of Documents During the Initial Waiting Period, *available at* https://www.ftc.gov/enforcement/premerger-notification-program/hsr-resources/guidance-voluntary-submission-documents (last visited July 30, 2025). |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2025.

*/s/ Judson O. Littleton*
Judson O. Littleton
