# Exhibit 18

 

**Federal Trade Commission**  
Bureau of Competition

**Department of Justice**  
Antitrust Division

# Hart-Scott-Rodino Annual Report
## Fiscal Year 2021
October 1, 2020 through September 30, 2021

Section 7A of the Clayton Act  
Hart-Scott-Rodino Antitrust Improvements Act of 1976  
(Forty-Fourth Annual Report)

**Lina Khan**  
*Chair*  
Federal Trade Commission

**Jonathan Kanter**  
*Assistant Attorney General*  
Antitrust Division

| TABLE I<br>FISCAL YEAR 2021[1]<br>ACQUISITIONS BY SIZE OF TRANSACTION (BY SIZE RANGE)[2] ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HSR TRANSACTIONS || CLEARANCE GRANTED TO FTC OR DOJ ||||| SECOND REQUEST INVESTIGATIONS[3] |||||
| TRANSACTION RANGE ($MILLIONS) | NUMBER[4] | PERCENT | NUMBER || PERCENT OF TRANSACTION RANGE GROUP ||| NUMBER || PERCENT OF TRANSACTION RANGE GROUP |||
| | | | FTC | DOJ | FTC | DOJ | TOTAL | FTC | DOJ | FTC | DOJ | TOTAL |
| **50M - 100M** | 48 | 1.4% | 0 | 1 | 0.0% | 2.1% | 2.1% | 0 | 0 | 0.0% | 0.0% | 0.0% |
| **100M - 150M** | 433 | 12.7% | 19 | 5 | 4.4% | 1.2% | 5.5% | 4 | 1 | 0.9% | 0.2% | 1.2% |
| **150M - 200M** | 538 | 15.8% | 13 | 13 | 2.4% | 2.4% | 4.8% | 1 | 2 | 0.2% | 0.4% | 0.6% |
| **200M - 300M** | 373 | 10.9% | 17 | 8 | 4.6% | 2.1% | 6.7% | 2 | 2 | 0.5% | 0.5% | 1.1% |
| **300M - 500M** | 458 | 13.4% | 23 | 12 | 5.0% | 2.6% | 7.6% | 6 | 2 | 1.3% | 0.4% | 1.7% |
| **500M - 1000M** | 985 | 28.9% | 45 | 29 | 4.6% | 2.9% | 7.5% | 13 | 5 | 1.3% | 0.5% | 1.8% |
| **Over 1000M** | 578 | 16.9% | 47 | 38 | 8.1% | 6.6% | 14.7% | 16 | 11 | 2.8% | 1.9% | 4.7% |
| *ALL TRANSACTIONS* | 3,413 | 100.0% | 164 | 106 | 4.8% | 3.1% | 7.9% | 42 | 23 | 1.2% | 0.7% | 1.9% |