# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, BUSINESS ROUNDTABLE, AMERICAN INVESTMENT COUNCIL, and LONGVIEW CHAMBER OF COMMERCE,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL TRADE COMMISSION and ANDREW N. FERGUSON, in his official capacity,<br><br>*Defendants*. | Case No. 6:25-cv-00009-JDK |

**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Before the Court is Plaintiffs' Motion for Summary Judgment. Having considered the Motion and the record in this case, the Court is of the opinion that the Motion should be GRANTED. Therefore, it is:

ORDERED that Plaintiffs' Motion for Summary Judgment is GRANTED;

IT IS FURTHER ORDERED that the Rule, *Premerger Notification; Reporting and Waiting Period Requirements*, 89 Fed. Reg. 89,216 (Nov. 12, 2024), is VACATED; and

IT IS FURTHER ORDERED that Defendants, their servants, agents, and employees; and all persons in active concert or participation them, are permanently enjoined from enforcing the Rule in any respect.

IT IS SO ORDERED.