# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL TRADE COMMISSION, *et al.*,<br><br>Defendants. | Case No. 6:25-cv-00009-JDK |

## UNOPPOSED MOTION FOR A STAY OF BRIEFING IN LIGHT OF LAPSE OF APPROPRIATIONS

The Federal Trade Commission ("FTC" or "Commission") hereby moves for a temporary stay of all briefing and other deadlines in this case. In support of this motion, counsel for the FTC states as follows:

1. At the end of the day on September 30, 2025, the continuing resolution that had been funding the FTC expired, and appropriations to the FTC lapsed. The FTC currently lacks appropriated funds to continue operating, and does not know when funding will be restored.

2. Absent an appropriation, FTC attorneys and other employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the FTC therefore requests that the Court stay all deadlines in this case until Congress has restored appropriations to the FTC.

4.  If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the FTC. The Commission requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

4.  Opposing counsel has authorized counsel for the FTC to state that plaintiffs do not oppose this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the FTC hereby moves for a stay in this case until FTC attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

Respectfully submitted,

LUCAS CROSLOW
    *General Counsel*

H. THOMAS BYRON III
    *Deputy General Counsel*

MARIEL GOETZ
BENJAMIN F. AIKEN
    *Attorneys*

October 1, 2025

/s/   Benjamin F. Aiken

D.C. Bar No. 1046730
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
T: (202) 326-2151
baiken@ftc.gov