# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al., § § § § Plaintiffs, § § v. § § FEDERAL TRADE COMMISSION, et al., § § § § Defendants. § | Case No. 6:25-cv-9-JDK |

## ORDER

Before the Court is Defendants' unopposed motion for a stay of all pending deadlines due to the lapse of appropriations for Defendant the Federal Trade Commission. Docket No. 65.

The Court **GRANTS** the motion. It is **ORDERED** that all deadlines in this case are stayed from October 2, 2025, until Congress has restored appropriations to the FTC such that any currently pending deadlines in this case are extended by the number of days of the lapse of appropriations. Further, counsel for the FTC shall notify the Court within twenty-four hours of the restoration of the agency's funding.

So **ORDERED** and **SIGNED** this **2nd** day of **October, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE