# United States Court of Appeals
# for the Fifth Circuit

---

No. 26-40094

---

Chamber of Commerce of the United States of America;
Business Roundtable; American Investment Council;
Longview Chamber of Commerce,

*Plaintiffs—Appellees*,

*versus*

Federal Trade Commission; Lina Khan; Andrew N. Ferguson,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:25-CV-9

---

UNPUBLISHED ORDER

Before Graves, Ho, and Douglas, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellants' Motion for an administrative stay of the district court judgment until further order of our court is GRANTED.

IT IS FURTHER ORDERED that the deadline to file Appellees' response brief is February 23, 2026. IT IS FURTHER ORDERED that the deadline to file Appellants' reply brief is February 26, 2026.